**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NORMAN SCHMIDT
2. GEORGE ALAN WEED,
3. PETER A.W. MOSS,
4. CHARLES LEWIS,
5. JANNICE McLAIN SCHMIDT,
6. MICHAEL SMITH, and
7. GEORGE BEROS,

    Defendants.

_____

**ORDER DENYING MOTION TO QUASH SECOND SUPERSEDING INDICTMENT AS TO DEFENDANT (6) MICHAEL D. SMITH**
_____

**Blackburn, J.**

The matter before me is the **Motion To Quash Second Superseding Indictment As To Defendant (6) Michael D. Smith** [#609] filed December 30, 2005. I deny the motion.[1]

I hold 1) that the affirmative defense of withdrawal from the conspiracy inherently implicates issues of fact to be determined at trial by the jury; 2) that the existence and purview of culpability and accountability inherently implicates issues of fact to be determined at trial by the jury; 3) that the issues raised by and inherent to a putative

---

[1] The issues raised by and inherent to the motion are briefed adequately; thereby, obviating the necessity for evidentiary hearing or oral argument.

defense that defendant complied with all relevant and required duties, standards, and laws inherently implicates issues of fact to be determined at trial by the jury; and 4) that the Second Superseding Indictment is sufficient as a matter of law vis-à-vis defendant. In further support of my holding, I approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in its response [#626] filed January 18, 2006, which adequately expatiates my ratiocination without further festooned reiteration.

**THEREFORE, IT IS ORDERED** that the **Motion To Quash Second Superseding Indictment As To Defendant (6) Michael D. Smith** [#609] filed December 30, 2005, **IS DENIED**.

Dated February 2, 2006, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**