**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. MICHAEL SMITH,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter comes before the court on the defendant's **Motion to Withdraw Subpoena to AUSA James Russell** [#1160], filed April 29, 2007.  After careful review of the motion and the file the court has concluded that the motion should be granted and that the subpoena issued to AUSA James Russell should REB Civ. Practice Standard withdrawn.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the motion is **GRANTED** and the subpoena issued to AUSUA James Russell is **WITHDRAWN**; and

    2. That **United States' Motion to Quash Subpoena Directed to AUSA James Russell** [#1147], filed April 25, 2007, is **DENIED** as moot.

Dated:  April 30, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.