**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  MICHAEL SMITH,

    Defendant.

**ORDER**

The matter before me is that portion of defendant's **Motion for Issuance of Subpoenas in Forma Pauperis** [#1370], filed September 8, 2007, requesting the issuance of a subpoena for Gary Pangus to provide testimony at the evidentiary hearing scheduled for October 19, 2007.  I deny that portion of the motion without prejudice.

Mr. Pangus, a former investigator with the Denver District Attorney's Office, presently resides in Florida.  From the synopsis of his proposed testimony as presented by defendant, it appears that Mr. Pangus's testimony would be largely, if not wholly, duplicative of the testimony of Joseph M. Morales, as to whom I have granted defendant's motion for issuance of a subpoena. Ttherefore, I perceive no reason to expend public funds to secure Mr. Pangus's in-person appearance at the evidentiary hearing.  However, if I am later convinced that Mr. Pangus's testimony is not merely cumulative, I would permit him to testify telephonically.

**THEREFORE, IT IS ORDERED** that defendant's **Motion for Issuance of Subpoenas in Forma Pauperis** [#1370], filed September 8, 2007, is **DENIED WITHOUT PREJUDICE** insofar as it seeks issuance of a subpoena for Gary Pangus.

Dated September 25, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**