Criminal Case No. 04-cr-00103-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. MICHAEL SMITH,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

**Blackburn, J.**

The matter before me is **Defendant Michael Smith's Motion for Reconsideration of Order Denying Rule 29 Motion for Judgment of Acquittal** [#1652], filed July 9, 2008. I deny the motion.

The Federal Rules of Criminal Procedure do not expressly provide for motions to reconsider. Motions to reconsider in criminal matters are evaluated generally under the standards developed in civil cases. **See United States v. D'Armond**, 80 F.Supp.2d 1157, 1170 (D. Kan. 1999). "Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice." **Servants of the Paraclete v. Does**, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). None of these bases are applicable here.[1] **See id**. ("A motion to reconsider is not appropriate to revisit issues already addressed or advance arguments that could have been raised in

---

[1] I note the apparent incongruity between the filing of this motion by counsel and defendant's representation that he has terminated counsel and is presently proceeding *pro se*. (**See Defendant's Notice of Termination of Counsel and Request for Court Appointed Counsel for Appeal** [#1645], filed July 7, 2008.)

prior briefing.")

**THEREFORE, IT IS ORDERED** that Defendant Michael Smith's **Motion for Reconsideration of Order Denying Rule 29 Motion for Judgment of Acquittal** [#1652], filed July 9, 2008, is **DENIED**.

Dated July 10, 2008, at Denver, Colorado.

                                            **BY THE COURT:**

                                            <u>s/ Robert E. Blackburn</u>
                                            **Robert E. Blackburn**
                                            **United States District Judge**