**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01438-REB
Criminal Action No. 04-cr-00103-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL D. SMITH,

    Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

**Blackburn, Judge**

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    **ORDERED** that a certificate of appealability will not be issued.

    DATED at Denver, Colorado, February 19, 2009.

                                        BY THE COURT:

                                        **s/ Robert E. Blackburn**

                                        JUDGE, UNITED STATES DISTRICT
                                        COURT FOR THE DISTRICT OF COLORADO