**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 04-cr-00103-REB-06
Civil Action No. 09-cv-01734-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  MICHAEL D. SMITH,

    Defendant.

## MINUTE ORDER[1]

On December 9, 2009, counsel were present in chambers to reset the evidentiary hearing on **Michael D. Smith's Verified 28 U.S.C. § 2255 Habeas Petition to Vacate Judgment of Conviction and Set Aside Sentence** [#1771] filed July 22, 2009. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1. That on **January 21, 2010**, commencing at 1:30 p.m., with the court reserving the afternoon, the court **SHALL CONDUCT** an evidentiary hearing to consider the issues raised by **Michael D. Smith's Verified 28 U.S.C. § 2255 Habeas Petition to Vacate Judgment of Conviction and Set Aside Sentence** [#1771] filed July 22, 2009;

2. That counsel and the defendant, Michael D. Smith, **SHALL APPEAR** at the evidentiary hearing without further notice or order of the court; and

3. That to the extent necessary, the United States Marshal **SHALL ASSIST** the court in securing the appearance of the defendant.

Dated:  December 9, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.