September 20, 2013

From: Michael Smith           **( NOTICE NEW ADDRESS & PHONE #)**
       124 Lamp Lighter Drive Apt #1
       Kaukauna, WI 54130
       (920) 570-9782

To:   Clerk of the Court
       Alfred A Arraj U.S. Courthouse
       901  19th Street  Room A-105
       Denver, CO 80294-3589

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

    SEP 2 3 2013

   JEFFREY P. COLWELL
                  CLERK
```

Re: Case # 04-cr-00103-REB-06

Please apply the attached money order of $385.00 to my restitution for Carol Hendrickson and William & Brenda Dellapenna. ( **Please send me a receipt** ).

Copy filed with Pro[bation]

Thank You,

*Michael Smith* (signature)

Michael Smith

---

**WESTERN UNION MONEY ORDER** — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER, Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado
14-718511112
A 512392 D 091713
2117 14
147185111120 L 000258
$ 30.00
PAY EXACTLY THIRTY DOLLARS AND NO CENTS
PAY TO THE ORDER OF: CLERK OF THE COURT
MICHAEL SMITH   04-CR-00103-REB-06
124 LAMPLIGHTER DR #1 KAUKAUNA, WI 54130
:1021004006: 40147185111120

---

**PERSONAL MONEY ORDER**   159787

**CAPITAL credit union**
1010 PROSPECT ST., KIMBERLY, WI 54136

REMITTER: MICHAEL SMITH
04-CR-00103-REB-06

DATE 9/20/13
$385.00
79-7839 / 2759

PAY TO THE ORDER OF: CLERK OF THE COURT

NOT VALID OVER $1000.00
AUTHORIZED SIGNATURE
Alan M. Zierler, PRESIDENT

CAPITAL CREDIT UNION
KIMBERLY, WI 54136

⑆159787⑆ ⑈275978394⑈ ⑆2759116⑆